A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

**2006 JUN 20   PM 1:01**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SIGN_____
by DEPUTY CLERK

_Antonio P. Synigel_

_388759_
Inmate (DOC) number

_06-438-RET-CN_

_____
(Enter above the full name of each
plaintiff in this action.)

**VERSUS**

_Jefferson Parish Correctional_
_Center—Warden Barker,_
_And Beverly Foon,_
_Legal Aid Worker, Robinson_

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.      Previous Lawsuits

        A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (✓)

        B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit
           Plaintiff(s): _____

           _____

           Defendant(s): _____

           _____

        2. Court (if federal court, name the district; if state court, name the parish):

           _____

           _____

        3. Docket number: _____

        4. Name of judge to whom case was assigned: _____

           _____

2

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Mr. Antonio R. Sylva / Family_
   Address _____ Marrero, LA 70072_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Deputies Biskin / Brown in uniform unknown_ is employed as _Deputies_ at _Jefferson Parish Correctional_

C. Additional Defendants: _Legal Aid Lawyer Robinson / Prison Legal Aid Lawyer._

IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Jan. 11, 2006 I was booked into Jefferson Parish Correctional Center for a parole hold. In the process of all this my personal property was taken from me and stored into the property room. But, upon my release from Jefferson Parish Correctional Center to Hunt Correctional Center to West Baton. Work release where I notice all my personal property was tampered with. (1) my wallet was stripped of my personal identification and other important information. (2) I feel that these deputies inside of Jefferson Parish Correctional Center booking and property room is very much wrong for their misconduct - (3) Lying.... (4) Legal Aid Lawyer. Mr. Robinson in Jefferson Parish Correctional Center is at fault also because trust undermine on. 03/20/06 it's seem to be an ongoing problem He

4

Jefferson Parish Correctional Center intake booking constantly undermining or about my personal property.

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Is to return my personal property or forward me some type of information stating where is my property located. I had values in my property.

VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _15_ day of ___June___, 200_6_.

Antonio R. Gyugel
Antonio R. Gyugel
Signature of plaintiff(s)

5