UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO R. SYNIGAL                                                CIVIL ACTION

VERSUS                                                            NO. 06-4540

JEFFERSON PARISH CORRECTIONAL                                     SECTION: "C"(3)
CENTER – INMATE BANKING, ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted, but without prejudice to his asserting his state law claims in an appropriate state court forum.

New Orleans, Louisiana, this 20th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE